In re SCHOOL ASBESTOS LITIGATION.

SCHOOL DISTRICT OF LANCASTER, Manheim Township School District, Lampeter–Strasburg School District, and Northeastern School District,

v.

LAKE ASBESTOS OF QUEBEC, LTD., the Celotex Corporation, Raymark Industries, Inc., Union Carbide Corp., Asbestospray Corp., Sprayo–Flake Company, National Gypsum Co., Sprayed Insulation, Inc., Asbestos Fibres Inc., Dana Corporation, U.S. Gypsum, U.S. Mineral Products Company, Sprayon Insulation & Acoustics, Inc., Sprayon Research Corp., Keene Corp., Worben Co., Inc., Wilkin Insulation Company, W.R. Grace & Co., Owens–Corning Fiberglas Corporation, Standard Insulation, Inc., North American Asbestos Corporation, Cassiar Resources Ltd., Bell Asbestos Mines, Ltd., Asbestos Corporation Limited, Southern Textile Corp., Owens–Illinois, Inc., Turner & Newall Limited, the Flintkote Co., Fibreboard Corporation, GAF Corp., Uniroyal, Inc., Cape Asbestos, Pfizer, Inc., Kaiser Cement Corporation, Bes–Tex, Inc., Georgia–Pacific Corp.

Appeal of SCHOOL DISTRICT OF the CITY OF FLINT, ordered to be a class member with respect to its claims against National Gypsum Co.

Appeal of AKRON CITY SCHOOL DISTRICT BOARD OF EDUCATION.

Nos. 90–1173, 90–1174.

United States Court of Appeals, Third Circuit.

Argued Sept. 19, 1990.

Decided Dec. 13, 1990.

Philip J. Goodman (argued), Steven G. Silverman, Simon, Deitch, Friedman, Siefman & Green, Southfield, Mich., for appellant School Dist. of City of Flint.

Theodore R. Mann, Mann & Ungar, Philadelphia, Pa., Donald A. Powell, David J. Hanna, Hamilton DeSaussure, Jr. (argued), Buckingham, Doolittle & Burroughs, Akron, Ohio, for appellant Akron City School Dist. Bd. of Educ.

Arlene Fickler, Lawrence T. Hoyle, Jr. (argued), Nancy Merrill Wilson, Hoyle, Morris & Kerr, Philadelphia, Pa., for appellee National Gypsum Co.

Daniel J. Ryan, Jr., Marshall, Dennehey, Warner, Coleman & Goggin, Philadelphia, Pa., Patrick J. Hagan, Kincaid, Gianunzio, Caudle & Hubert, P.C., Oakland, Cal., for appellee Kaiser Cement Corp.

Before SCIRICA, COWEN and ALDISERT, Circuit Judges.

## OPINION OF THE COURT

ALDISERT, Circuit Judge.

These consolidated appeals arise out of an on-going federal diversity class action, *In re Asbestos School Litig.*, 104 F.R.D. 422 (E.D.Pa.1984), *aff'd*, 789 F.2d 996 (3d Cir.), *cert. denied*, 479 U.S. 852, 107 S.Ct. 182, 93 L.Ed.2d 117 (1986), and require us to decide (1) whether we have appellate jurisdiction over appeal No. 90–1174 brought by Akron (Ohio) City School District Board of Education; and (2) whether the district court properly granted National Gypsum Company's motion for reconsideration and enjoined pending state court actions filed by appellants School District of the City of Flint, Michigan, and Akron City School District Board of Education against National Gypsum Company.

On Sunday, October 28, 1990, National Gypsum Company filed a petition for reorganization under Chapter 11 in the United States Bankruptcy Court for the Northern District of Texas (Dallas Division). Thereafter, on November 29, 1990 the bankruptcy court served an order authorizing notice of the enforcement of the automatic stay provision of 11 U.S.C. § 362(a).

Accordingly, action in these appeals will be stayed. *Ass'n of St. Croix Condominium Owners v. St. Croix Hotel Corp.*, 682 F.2d 446 (3d Cir.1982).